UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60449-CIV-ZLOCH

CAPTAIN GEORGE CUSTER,

    Plaintiff,

vs.                              **ORDER ENTERING DEFAULT AS TO DEFENDANT SALSABOAT, LTD.**

M/V "SEA BIRD", her engines,
tackle, apparel, and other
appurtenances, in rem, and
SALSABOAT LTD., in personam,

    Defendants.

_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    Plaintiff Captain George Custer initiated the above-styled cause with the filing of his Complaint (DE 1) on March 31, 2008. On the same date, Plaintiff effected service of process on Defendant Salsaboat Ltd. through service upon Ms. Beatrice Barton as corporate representative. See DE 4. Defendant Salsaboat Ltd. has failed to file a responsive pleading within the time prescribed by the Federal Rules of Civil Procedure.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Pursuant to Federal Rule of Civil Procedure 55, Default be and the same is hereby entered against Defendant Salsaboat Ltd. Default Final Judgment shall be entered by separate Order; and

2. On or before <u>noon</u> <u>Friday, May 9, 2008</u>, Plaintiff Captain George Custer shall submit a Motion For Final Judgment By Default, with supporting Affidavits and Exhibits, together with a proposed Default Final Judgment as to Defendant Salsaboat Ltd.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record